# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

TONY LUSTIG,

      Plaintiff,

  v.

DIAMOND-MT, et al.,

      Defendants.

Case No. 14-cv-05212-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 18, 2016**

On February 14, 2016, the parties filed a request to continue the trial date by 90 days. ECF 32. In light of the parties' filing, the Court SETS a case management conference for February 18, 2016 at 11 a.m. The parties may appear by CourtCall; counsel to arrange telephonic appearance. If this date does not work, the parties are to immediately contact the Courtroom Deputy.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge