United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TONY LUSTIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIAMOND-MT, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-05212-BLF<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

　　　　Pursuant to Civ. L.R. 7-1(b), the Court finds Defendants' motion for partial judgment on the pleadings suitable for submission without oral argument and hereby VACATES the hearing scheduled for April 28, 2016.

　　　　**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge