# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

TONY LUSTIG,

    Plaintiff,

v.

DIAMOND-MT, et al.,

    Defendants.

Case No. 14-cv-05212-BLF

**ORDER REGARDING NOTICE OF PENDENCY OF SETTLEMENT OF ENTIRE ACTION**

[Re: ECF 40]

On April 27, 2016, the parties filed a notice that they had settled this action. Accordingly, the Court TERMINATES AS MOOT the pending motion for partial judgment on the pleadings, VACATES the pretrial conference scheduled for May 12, 2016, and VACATES the trial scheduled for June 6-8, 10, 13-15, and 17.

The notice of settlement also requests that the Court continue to retain jurisdiction over this action until the terms of the settlement agreement have been met. Accordingly, the parties shall promptly file a stipulation and proposed order of dismissal by April 29, 2016 that indicates the Court will retain jurisdiction in order to enforce the terms and conditions of the settlement agreement.

**IT IS SO ORDERED.**

Dated: April 27, 2016

BETH LABSON FREEMAN
United States District Judge